UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|  | ) CASE NO. CR15-348-RSL |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) DETENTION ORDER |
| MARLEN RAVELO, | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

<u>Offense charged</u>:     Conspiracy to Distribute Controlled Substances; Forfeiture Allegations

<u>Date of Detention Hearing</u>:   June 14, 2016.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.      Defendant is charged by Indictment with the above-referenced drug trafficking

offense. She was initially arrested in the District of Montana, where she had been previously charged, convicted, and sentenced on drug charges in that state. At her initial appearance in the instant matter, the AUSA indicated that a change of plea was likely.

2. Defendant was not interviewed by Pretrial Services and much of her background information is unknown or unverified. She does not contest detention at this time.

3. Defendant poses a risk of nonappearance due to lack of information about her personal background and ties to this District. She also has a prior failure to appear and an outstanding warrant. Defendant poses a risk of danger due to criminal history.

4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel

for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 14th day of June, 2016.

Mary Alice Theiler
United States Magistrate Judge