UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARLEN RAVELO,

    Defendant.

NO. CR15-348RSL

ORDER DENYING MOTION FOR CREDIT FOR TIME SERVED

On April 10, 2017, defendant filed a Motion for Credit for Time Served, Dkt. #609. As Ms. Ravelo's Montana time served was already accounted for in both her state plea deal and the government's sentencing recommendation to this Court, See Dkt. # 581 at 26, the Court declines to grant Ms. Ravelo further credit for her time served in Montana.

It is hereby ordered that defendant's Motion for Credit for Time Served is DENIED.

DATED this 26th day of April, 2017.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION FOR CREDIT FOR TIME SERVED