UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MARLEN RAVELO,<br><br>　　　　　　　Defendant. | Case No. CR15-348RSL<br><br>ORDER DENYING MOTION TO CONSIDER SENTENCE REDUCTION |

This matter comes before the Court on defendant Marlen Ravelo's "Motion to Consider Sentence Reduction," Dkt. # 627. Defendant asks the Court to reduce her sentence from 48 months to 36–42 months in order to align her sentence with that of her co-defendant, Tracy Raley. While the Court commends defendant for her participation in the drug treatment program at the Federal Correctional Institution, it lacks the authority to modify defendant's sentence as requested.

　　　DATED this 19th day of May, 2017.

　　　　　　　　　　　　　　　　　　／s／ Robert S. Lasnik
　　　　　　　　　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　　　　　　　　　United States District Judge

ORDER DENYING MOTION TO
CONSIDER SENTENCE REDUCTION - 1